CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

1/5/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **QUINCY B.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 6:21-CV-37 |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **ACTING COMMISSIONER OF** | ) |
| **SOCIAL SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered on this date, it is **ORDERED** that Quincy B.'s Motion for Summary Judgment (Dkt. 21) is **GRANTED in part**, the Commissioner's Motion for Summary Judgment (Dkt. 24) is **DENIED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered:  January 5, 2023

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge